UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ERASMO BELTRAN AMAYA, | No. 1:26-cv-0498-DJC-CKD P |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE GOLDEN STATE ANNEX, et al., | |
| Respondents. | |

Petitioner seeks habeas corpus relief under 28 U.S.C. § 2241 and the court has appointed counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B), nunc pro tunc to January 29, 2026.

Good cause appearing, IT IS ORDERED as follows:

1. Petitioner, through counsel, is granted 14 days within which to file any motion for preliminary injunctive relief.

2. Petitioner, through counsel, is also granted 14 days within which to file an amended petition for writ of habeas corpus.

/////

/////

/////

/////

/////

1

3.  If petitioner intends to proceed on the petition filed on January 21, 2026, then counsel may file a notice so stating and the court will order respondents to respond to the petition.

Dated:  February 2, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 belt0498.cja.sched

2