UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ERASMO BELTRAN AMAYA, A-213-613-325,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,

Respondents.

No.  1:26-cv-0498-DJC-CKD P

ORDER

Petitioner filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 6 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within 14 days. No party has filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and

1

recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 17) are adopted in full.

2. Petitioner (A-213-613-325) Jose Erasmo Beltran Amaya's first amended petition for writ of habeas under 28 U.S.C. § 2241 (ECF No. 11) is DENIED.

3. Respondent's motion to dismiss (ECF No. 14) is DENIED as moot.

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

8 belt0498.jo.hc.imm

2